# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RAY ANTONIO MANUEL, JR.

SEALED INDICTMENT

3:20cr57/MCR

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about February 18, 2020, and on or about March 18, 2020, in the Northern District of Florida, the defendant,

**RAY ANTONIO MANUEL, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.    a.    On or about June 7, 2005, **RAY ANTONIO MANUEL, JR.,** was convicted in the State of Florida of Possession of a Controlled Substance;

       b.    On or about November 29, 2006, **RAY ANTONIO MANUEL, JR.,** was convicted in the State of Florida of

Returned in open court pursuant to Rule 6(f)

July 28, 2020
Date

United States Magistrate Judge

                Fleeing or Attempting to Elude LEO, Driving While License Suspended or Revoked- third conviction, Tampering with Evidence, Possession of a Controlled Substance, Sale Delivery or Possession with Intent to Sell or Deliver a Controlled Substance, and Driving while License Suspended or Revoked- third conviction; and

    c.    On or about May 19, 2010, **RAY ANTONIO MANUEL, JR.,** was convicted in the State of Florida of Dealing in Stolen Property by Trafficking and Driving While License Suspended- third or subsequent conviction.

2.    For each of these crimes, **RAY ANTONIO MANUEL, JR.** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **RAY ANTONIO MANUEL, JR.** did knowingly possess a firearm, to wit, a Strum, Ruger 9 millimeter pistol, and ammunition, namely, Remington, Blazer, and Hornady 9 millimeter.

4.    This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**RAY ANTONIO MANUEL, JR.,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

██████████████████
FOREPERSON

_7-28-2020_
DATE

_/s/_
LAWRENCE KEEFE
United States Attorney

_/s/_
EDWIN KNIGHT
Assistant United States Attorney

3