# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case Number: 3:20cr57/MCR

**RAY ANTONIO MANUEL, JR.**
_____/

## PETITION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

The United States of America respectfully shows unto the Court:

1. An Indictment is pending in this Court against **RAY ANTONIO MANUEL, JR.**, in the above styled case, and is set for first appearance as to said defendant in Pensacola, Florida, on November 6, 2020, at 11:00 a.m.

2. The defendant is now confined in the custody of the Warden, Escambia County Jail, Pensacola, Florida.

3. It is necessary to have said defendant before this Court for first appearance as aforesaid.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any Special Agent with Alcohol, Tobacco, Firearms and Explosives (ATF) to proceed to the aforesaid institution and take into custody the body of the said defendant and have him before this Court at the time and place above specified for said proceedings and upon completion of the case to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any Special Agent with Alcohol, Tobacco, Firearms and Explosives (ATF) or his duly authorized representative for said proceedings.

This 29th day of October, 2020.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*//s// Edwin F. Knight*
EDWIN F. KNIGHT
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 380156
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000
edwin.knight@usdoj.gov