# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                         Case No. 3:20-CR-57-MCR

**RAY ANTONIO MANUEL, JR.        /**

## FACTUAL BASIS FOR GUILTY PLEA

The undersigned parties acknowledge that not all of the facts known from this investigation are contained in this brief summary. The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

1. On or about March 18, 2020, at approximately 1:39 a.m., defendant Ray Antonio Manuel, Jr., was driving in the vicinity of Cervantes Street and North W. Street in Pensacola, Florida.

2. A patrol officer observed the defendant's vehicle, subsequently observed traffic violations, and activated the patrol vehicle's lights and siren in order to make a traffic stop. The defendant's vehicle ultimately stopped in the vicinity of 3110 West Jackson Street.

3. The defendant opened his driver's door and when the office subsequently approached the vehicle, the officer discovered that the defendant had dropped a loaded, black semi-automatic Ruger nine millimeter handgun with an extended

FILED IN OPEN COURT THIS
1-26-21
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

magazine onto the ground just outside the driver's door.   The firearm and ammunition had previously been transported in interstate and foreign commerce.

4.  When the defendant possessed the firearm and ammunition on or about March 18, 2020 he had previously been convicted of the offenses listed in Count One of the Indictment, offenses that subjected him to punishment by a term of imprisonment exceeding one year as to each.

**Elements of the Offense: Title 18, United States Code, Section 922(g)(1)**

With respect to Count One of the Indictment, the government must prove beyond a reasonable doubt:

(1)   The defendant knowingly possessed a firearm or ammunition in or affecting interstate or foreign commerce;

(2)   before possessing the firearm or ammunition, the defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year; and

2

(3) before possessing the firearm or ammunition, the defendant knew he had been convicted of such a felony.

_____
DONALD M. SHEEHAN
Attorney for Defendant

1/26/21
Date

_____
RAY ANTONIO MANUEL, JR.
Defendant

1-26-21
Date

LAWRENCE KEEFE
United States Attorney

_____
NANCY J. HESS
Assistant U.S. Attorney
Florida Bar no. 0607169
21 E. Garden St. Ste 400
Pensacola, FL 32526
850-444-4000

Jan 26, 2021
Date