**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO.  3:20cr57/MCR

RAY ANTONIO MANUEL, JR.

_____/

## ACCEPTANCE OF PLEA OF GUILTY

  Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(c)(3), the plea of guilty of the Defendant, RAY ANTONIO MANUEL, JR., to Count One of the Indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

  **DONE and ORDERED** this 27th day of January 2021.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**